UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FROYLAN C. PEREZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN HOME MORTGAGE SERVICING, INC., et al. <br><br> Defendants. | Case No.  EDCV 11-1870 DSF (SPx) <br><br> PARTIAL JUDGMENT (FED. R. CIV. P. 54(b)) |

    The Court having granted a Motion to Dismiss with leave to amend as to certain defendants, plaintiffs having failed to file an amended complaint by the date ordered by the Court, and there being no reason for delay in entry of judgment,

    IT IS ORDERED AND ADJUDGED that the action be dismissed with prejudice as to defendants American Home Mortgage Servicing, Inc. and U.S. Bank National Association, as Trustee for Mastr Adjustable Rate Mortgages Trust 2007-1, Mortgage Pass Through Certificates, Series 2007-1, and that plaintiffs take nothing from these defendants.

Dated: 2/14/12

                                                         DALE S. FISCHER <br>
                                                         United States District Judge