1

2

3   JS 6

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10  FROYLAN C. PEREZ, et al.,        )   Case No.  EDCV 11-1870 DSF (SPx)
                                     )
11              Plaintiffs,          )
                                     )
12  v.                               )
                                     )   JUDGMENT
13                                   )
                                     )
14  AMERICAN HOME MORTGAGE           )
    SERVICING, INC., et al.          )
15                                   )
                Defendants.          )
16                                   )
                                     )
17  _____

18          The Court having issued an Order to Show Cause for Failure to Prosecute as to

19  the final remaining defendant and plaintiffs having failed to response,

20          IT IS ORDERED AND ADJUDGED that the action be dismissed without

21  prejudice as to defendant American Brokers Conduit, and that plaintiffs take nothing

22  from that defendant.

23

24

25  Dated:  5/16/12       _____
                                          DALE S. FISCHER
26                                   United States District Judge

27

28