JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FROYLAN C. PEREZ, et al.,  )   Case No.  EDCV 11-1870 DSF (SPx)
                           )
        Plaintiffs,        )
                           )
v.                         )
                           )   JUDGMENT
                           )
AMERICAN HOME MORTGAGE     )
SERVICING, INC., et al.    )
                           )
        Defendants.        )
                           )
_____    )

        The Court having issued an Order to Show Cause for Failure to Prosecute as to
the final remaining defendant and plaintiffs having failed to response,

        IT IS ORDERED AND ADJUDGED that the action be dismissed without
prejudice as to defendant American Brokers Conduit, and that plaintiffs take nothing
from that defendant.

Dated:  5/16/12

                                        _____
                                        DALE S. FISCHER
                                        United States District Judge